IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TOMMY LEE GISSENDANNER,

    Plaintiff,

v.                                              CASE NO. 4:05-cv-00069-MP-AK

PATRICK BARCIA,
MICHAEL HOWARD,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 7, Report and Recommendation of Magistrate Judge Kornblum, recommending that this case be transferred for all further proceedings to the United States District Court for the Middle District of Florida, Jacksonville Division. The Magistrate Judge filed the Report and Recommendation on Wednesday, March 9, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Neither party has filed an objection. Having considered the Report and Recommendation and lack of objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is transferred for all further proceedings to the United States District Court for the Middle District of Florida, Jacksonville Division.

**DONE AND ORDERED** this __2nd__ day of May, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge